

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00594-CV

**IN THE INTEREST OF R.F. III**, a Minor Child[1]

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01485
Honorable Richard Garcia, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. No costs shall be assessed against Appellant in relation to this appeal because he qualifies as indigent. *See* TEX. R. APP. P. 20.1.

SIGNED January 29, 2014.

_____
Patricia O. Alvarez, Justice

---

[1] This termination matter originally involved three children and was styled *In the Interest of J.R.P.R., et al.* However, Appellant Raymond F. is not the father of the child denominated in the style, but is only the father of R.F. III. Accordingly, we have altered the style contained in the papers below to accurately reflect R.F. III, the child at issue on appeal.